Filed 8/18/20  P. v. McKamie CA4/1

# NOT TO BE PUBLISHED IN OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## COURT OF APPEAL, FOURTH APPELLATE DISTRICT

## DIVISION ONE

## STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE, | D077210 |
| Plaintiff and Respondent, | |
| v. | (Super. Ct. No. SCN403145) |
| LACY LYNN MCKAMIE, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of San Diego County, K. Michael Kirkman, Judge.  Affirmed.

Rachel Ferguson, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

Lacy Lynn McKamie pleaded guilty to one count of transportation of methamphetamine (Health and Saf. Code,[1] § 11379, subd. (a)) and admitted an excess weight enhancement (§ 11370.4, subd. (b)(2)).  The parties

---

[1]    All further statutory references are to the Health and Safety Code.

stipulated the transcript of the preliminary hearing would serve as the factual basis of the plea.

Prior to sentencing McKamie notified the court she wanted a new attorney and to withdraw her guilty plea. Thereafter the court held a confidential hearing pursuant to *People v. Marsden* (1970) 2 Cal.3d 118. At the conclusion of the hearing, the court denied McKamie's request for new counsel and to permit her to withdraw her guilty plea. McKamie was sentenced to eight years in local prison. Various fines, fees and assessments were stayed pending a hearing on ability to pay.

McKamie filed a timely notice of appeal and obtained a certificate of probable cause.

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) indicating she has not been able to identify any arguable issues for reversal on appeal. Counsel asks the court to review the record for error as mandated by *Wende*. We offered McKamie the opportunity to file her own brief on appeal, but she has not responded.

## STATEMENT OF FACTS

McKamie was stopped by a sheriff's deputy. A search of her car produced 47 bundles of methamphetamine weighing approximately 52 pounds.

## DISCUSSION

As we have noted, appellate counsel has filed a *Wende* brief and asks the court to review the record for error. To assist the court in its review of the record, and incompliance with *Anders v. California* (1967) 386 U.S. 738 (*Anders*), counsel has identified possible issues she considered in evaluating the potential merits of this appeal:

1.  Did the court err in denying McKamie's motion to withdraw her plea; and

2.  Did the court err in denying McKamie's motion to replace counsel.

We have reviewed the entire record as required by *Wende* and *Anders*. We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented McKamie on this appeal.

DISPOSITION

The judgment is affirmed.


HUFFMAN, Acting P. J.

WE CONCUR:



HALLER, J.



O'ROURKE, J.


3